IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

In re: REQUEST FOR COMPULSION     Misc. Case No. 1:07-MC-0032
       ORDER AGAINST
       DEVIN CLEMENTS

### MEMORANDUM OPINION AND ORDER

By Order signed February 28, 2007, the court granted the motion of the United States, pursuant to 18 U.S.C. § 6003(b), seeking an order requiring Devin Clements to give testimony in connection with the sentencing of Maurice Gibson, Criminal No. 1:05-00126. Mr. Clements requested the assistance of counsel and, that same day, the court APPOINTED George Lancaster, Assistant Federal Public Defender, to serve as counsel for Mr. Clements

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 6th day of March, 2007.

ENTER:

*David A. Faber*
David A. Faber
Chief Judge